**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NUMBER: 7:14-CR-45 (HL)** |
| : | |
| **BILL H. HARDEE** : | |
| _____ : | |

### ORDER OF CONTINUANCE

The defendant in the above-styled case was initially indicted on December 10, 2014. However defendant did not have his initial appearance and arraigned until March 30, 2015. Defendant is not in custody having been released on an unsecured bond. A superseding indictment was filed on June 9, 2015 and defendant has not yet entered or waived appearance on the superseding indictment. The government and the defendant have jointly moved of this continuance to permit time to pursue discovery and potentially resolve the matter.

Accordingly, IT IS HEREBY ORDERED that the above-referenced matter be continued to the next regularly scheduled term of Court for the Valdosta Division of this district, and that any delay occasioned by the continuance be deemed excusable delay pursuant to 18 U.S.C. § 3161(h). The time for filing motions in this case is also extended to not later than 14 days before the scheduled pretrial conference in this matter.

It is the Court's finding that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court finds that failure to grant such continuance could result in a miscarriage of justice, 18 U.S.C. § 3161(h)(7)(B)(i), and that failure to grant such continuance would deny counsel for the defendant and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § (h)(7)(B)(iv).

SO ORDERED, this 15th day of June, 2015.

                   *s/ Hugh Lawson*
                   **HUGH LAWSON, SENIOR JUDGE**

Presented by:
s/Robert D. McCullers
ROBERT D. McCULLERS
ASSISTANT UNITED STATES ATTORNEY